IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-20724-KMM

PRO TRANSPORT, INC.,
PRO TRANSPORT JACKSONVILLE, INC.,
PRO TRANSPORT CHARLESTON, INC., and
O.J. TRUCKING & LEASING CORP.,

    Plaintiffs

v.

GREAT AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

## JOINT MOTION FOR INTERLINEATION

COME NOW the Plaintiffs and Defendant, through their undersigned counsel, and hereby request the entry of an Order permitting the Interlineation of the Amended Complaint as follows:

The insurance policy in question in this action was issued by "Great American Assurance Company" as reflected on the Non-Trucking Liability and Physical Damage Policy Declaration for that policy. The request for Interlineation is to substitute the name "Great American Insurance Company" with "Great American Assurance Company", to avoid possible confusion with discovery and trial and pre-trial preparation. Presently the Plaintiffs are scheduled to depose the corporate representatives of the Defendant, and have served discovery requests for document production, and the requested Interlineation will facilitate these discovery events.

Interlineation is favored to correct errors that, through the interlineation, will result in no prejudice to either party and will facilitate the goals of a just resolution of the action. *See, e.g. Marco's Franchising, LLC v. Marco's Italian Exp., Inc.*, 239 F.R.D. 686 (M.D. Fla. 2007) (in a

matter involving interlineation of the name of the Defendant with a successor corporation, the Court cited F.R.C.P. 15(a), holding that leave to amend shall be freely given when justice so requires).

WHEREFORE, the parties jointly request that the Court enter the attached Order permitting the Interlineation of "Great American Insurance Company" with "Great American Assurance Company".

DATED this 7th day of July, 2017.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael Shelley | /s/ Melissa A. Gillinov |
| MICHAEL SHELLEY | MELISSA A. GILLINOV |
| Florida Bar No. 999016 | Florida Bar No. 11892 |
| THE SHELLEY LAW FIRM, LLC | HINSHAW & CULBERTSON, LLP |
| Mailing: 500 South Pointe Drive<br>Suite 140<br>Miami Beach, FL  33139 | Mailing: 2525 Ponce de Leon Blvd.<br>4th Floor<br>Coral Gables, FL 33134 |
| Email: Michael@shelleylawfirm.com | Email: MGillinov@hinshawlaw.com |
| Tel: 305-898-8244 | Tel: 305-428-5063 |
| Counsel for Plaintiffs | Counsel for Defendant |